# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

════════════════
## NO. 03-05-00516-CV
════════════════

**Charles Ly, Appellant**

**v.**

**Sara Austin, M.D., and Kent Ellington, M.D., Appellees**

═══════════════════════════════════════════════════════════════════
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. GN501313, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING
═══════════════════════════════════════════════════════════════════

## M E M O R A N D U M   O P I N I O N

Appellant Charles Ly filed a motion for extension of time to file a brief, stating that his health problems have prevented him from finding an appellate attorney or from preparing a brief *pro se*. We will abate this case until July 10, 2006, to allow Ly an opportunity to find an attorney. Ly's brief will be due in this Court on August 11, 2006.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Filed: April 12, 2006